UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGIE LEE WILKES,

       Plaintiff,

                                          CASE NO. 15-CV-11389
v.                                 HONORABLE GEORGE CARAM STEEH

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, acting in its
capacity as liquidating agent for Craftsman
Credit Union,

       Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION TO FILE
AMENDED COMPLAINT (Doc. #9), DISMISSING AS
MOOT DEFENDANT'S MOTION FOR MORE
DEFINITE STATEMENT (Doc. #3), DISMISSING AS
MOOT PLAINTIFF'S EARLIER FILED MOTION TO
AMEND (Doc. #5), AND DISMISSING AS MOOT
<u>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT (Doc. #10)</u>

Now before the court are the following motions:

Defendant's motion for more definite statement (Doc. #3)

Plaintiff's motion to file an amended complaint (Doc. #5)

Plaintiff's motion to file an amended complaint (Doc. #9)

Plaintiff's motion for entry of default (Doc. #10)

After reviewing plaintiff's proposed amended complaint, defendant believes that plaintiff's claims are sufficiently pled to allow defendant to file a meaningful responsive pleading. Therefore, defendant does not oppose the filing of an amended complaint.

Moreover, plaintiff concedes that her motion for entry of default is procedurally improper and asks the court to dismiss the motion.

Therefore, plaintiff's motion to file an amended complaint (Doc. #9) is GRANTED. Defendant shall have 30 days from the date plaintiff's amended complaint is filed to file a responsive pleading.  The remaining motions (Docs. #3, 5, and 10) are DISMISSED AS MOOT.

IT IS SO ORDERED.

Dated: August 10, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
Margie Lee Wilkes, 41382 Llorac Lane, Northville, MI 48167
on
August 10, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---